# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>             Plaintiff,<br><br>      v.<br><br>KATHLEEN ALLISON, et al.,<br><br>             Defendants. | CASE NO. 1:11-cv-00016-GBC-AWI (PC)<br><br>ORDER RE REQUEST FOR COURT TO SCREEN PLAINTIFF'S COMPLAINT<br><br>(Doc. 11) |

Plaintiff Bob Bejarano ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2011, Plaintiff filed his original complaint. Doc. 1. On May 31, 2011, Plaintiff filed his first amended complaint. Doc. 9. On November 23, 2011, Plaintiff filed a motion requesting that the Court screen his complaint.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the court, and delays are inevitable despite the Court's best efforts.

Plaintiff's motion for expedited screening is HEREBY DENIED. Doc. 11.

IT IS SO ORDERED.

Dated:   May 29, 2012

UNITED STATES MAGISTRATE JUDGE