UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>  Plaintiff,<br><br>  v.<br><br>KATHLEEN ALLISON, et al.,<br><br>  Defendants. | Case No.: 1:11-cv-00016-AWI-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING REQUEST FOR REIMBURSEMENT<br><br>[ECF Nos. 24, 27] |

Plaintiff Bob Bejarano is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 19, 2014, the Court provided Defendant Allison the opportunity to respond to the United States Marshal's request for reimbursement for personal service.

Defendant Allison provided a response on March 20, 2014. Having reviewed the response, the Court finds that Defendant Allison has demonstrated good cause for failing to return the waiver. Defendant submits a declaration from F. Villa, who is employed by the California Department of Corrections and Rehabilitation (CDCR), California Substance Abuse Treatment Facility (SATF) and works in the Litigation Office. Villa declares that prior to personal service on Defendant Allison on January 28, 2014, there is no record of having received a waiver for Defendant Allison. In addition, Defendant Allison stopped working at SATF in 2012, and the mailroom could not have forwarded service documents directly to this Defendant.

1 | Based upon a showing of good cause, the Court DISCHARGES the order to show cause and
2 | DENIES the United States Marshal's request for reimbursement.
3 |
4 | IT IS SO ORDERED.
5 | Dated: __March 28, 2014__
6 | UNITED STATES MAGISTRATE JUDGE