UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>        Defendants. | Case No.: 1:11-cv-00016-AWI-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING REQUEST FOR REIMBURSEMENT<br><br>[ECF Nos. 25, 28] |

Plaintiff Bob Bejarano is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 19, 2014, the Court provided Defendant Hernandez the opportunity to respond to the United States Marshal's request for reimbursement for personal service.

Defendant Hernandez provided a response on March 20, 2014. Having reviewed the response, the Court finds that Defendant Hernandez has demonstrated good cause for failing to return the waiver. Defendant submits a declaration from F. Villa, who is employed by the California Department of Corrections and Rehabilitation (CDCR), California Substance Abuse Treatment Facility (SATF) and works in the Litigation Office. Villa declares that prior to personal service on Defendant Hernandez on January 28, 2014, there is no record of having received a waiver for Defendant Hernandez. In addition, Defendant Hernandez retired from SATF and CDCR in 2010, and the mailroom could not have forwarded service documents directly to this Defendant.

1

1   Based upon a showing of good cause, the Court DISCHARGES the order to show cause and
2   DENIES the United States Marshal's request for reimbursement.

4   IT IS SO ORDERED.

    Dated:   **March 28, 2014**
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE