UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00016-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>[ECF No. 32] |

    Plaintiff Bob Bejarano is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On March 21, 2014, Plaintiff filed a motion for the entry of default against Defendants Allison and Hernandez.

    Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

    On March 21, 2014, Defendants Hernandez and Allison filed a motion to dismiss precluding any entitlement to entry of default or default judgment, Fed. R. Civ. P. 55; Franchise Holding II, LLC v. Huntington Rests. Grp., Inc., 375 F.3d 922, 927-28 (9th Cir. 2004) (if party appeared, clerk's entry of default void *ab initio*); Horton v. Sierra Conservation Ctr., No 1:09-cv-01441-AWI-SMS, 2010 WL

743849, at *1 (E.D. Cal. Mar. 1, 2010 (court cannot enter default once the defendant has filed its responsive pleading). Accordingly, Plaintiff's motion for entry of default is DENIED.

IT IS SO ORDERED.

Dated: __**March 28, 2014**__

UNITED STATES MAGISTRATE JUDGE