# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00016-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>[ECF No. 37] |

Plaintiff Bob Bejarano is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 14, 2014, Plaintiff filed a motion for the entry of default against Defendant Perez.

Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

On March 21, 2014, Defendant Perez filed a motion to dismiss precluding any entitlement to entry of default or default judgment, Fed. R. Civ. P. 55; <u>Franchise Holding II, LLC v. Huntington Rests. Grp., Inc.</u>, 375 F.3d 922, 927-28 (9th Cir. 2004) (if party appeared, clerk's entry of default void *ab initio*); <u>Horton v. Sierra Conservation Ctr.</u>, No 1:09-cv-01441-AWI-SMS, 2010 WL 743849, at *1

///

///

1  (E.D. Cal. Mar. 1, 2010 (court cannot enter default once the defendant has filed its responsive
2  pleading). Accordingly, Plaintiff's motion for entry of default is DENIED.

4  IT IS SO ORDERED.

5  Dated:    **April 16, 2014**
6                                                                 UNITED STATES MAGISTRATE JUDGE

2