UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>            Plaintiff,<br><br>      v.<br><br>KATHLEEN ALLISON, et al.,<br><br>            Defendants. | Case No.: 1:11-cv-00016-AWI-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING REQUEST FOR REIMBURSEMENT<br><br>[ECF Nos. 31, 42] |

　　　　Plaintiff Bob Bejarano is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 21, 2014, the Court provided Defendant Hernandez the opportunity to respond to the United States Marshal's request for reimbursement for personal service.

　　　　Defendant Perez provided a response on April 16, 2014. Having reviewed the response, the Court finds that Defendant Perez has demonstrated good cause for failing to return the waiver. Defendant submits a declaration from F. Villa, who is employed by the California Department of Corrections and Rehabilitation (CDCR), California Substance Abuse Treatment Facility (SATF) and works in the Litigation Office. Villa declares that the only record of service of process the litigation office has pertaining to this matter is the personal service on Defendant Perez that happened on January 28, 2014. In addition, Villa declares that the waiver was mailed to "'CSATF/Corcoran State Prison, P.O. Box 5246, Corcoran CA 93212.' P.O. Box 5246 is a designated inmate-mail post office

box. While the mailroom should have forwarded these service documents to the litigation office, it appears that this did not happen in this instance. After receiving personal service of the Summons and Complaint in this matter from the U.S. Marshal, I contacted Defendant Perez about this action and service of the complaint. I also secured his authorization to retain the Office of the Attorney General to represent him in this matter. Defendant Perez never refused to sign a waiver of service form in connection with this matter." (Decl. of Villa, at 2 ¶ 5-7.)

Based upon a showing of good cause, the Court DISCHARGES the order to show cause and DENIES the United States Marshal's request for reimbursement.

IT IS SO ORDERED.

Dated:   **May 12, 2014**

UNITED STATES MAGISTRATE JUDGE