UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-00016-AWI-SAB (PC)<br><br>ORDER SETTING TELEPHONIC HEARING FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS FILED MARCH 21, 2014<br><br>[ECF No. 30] |

　　　　Plaintiff Bob Bejarano is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 21, 2014, Defendants' filed a motion to dismiss Plaintiff's first amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Plaintiff filed an opposition on June 20, 2014.  Pursuant to Local Rule 230(l), the Court hereby orders oral argument to address Defendants' motion to dismiss.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　A telephonic hearing for oral argument on Defendant' motion to dismiss will be held on **Wednesday, July 30, 2014, at 2:00 p.m.**, in Courtroom 9 before the undersigned;

　　　　2.　　Counsel for Defendants is directed to arrange for telephone contact with Plaintiff, who is presently incarcerated at California Correctional Institution in Tehachapi; and

3.  Counsel for Defendants is directed to contact Courtroom Deputy, Mamie Hernandez, at **(559) 499-5672**, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   **July 10, 2014**

_____
UNITED STATES MAGISTRATE JUDGE