UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00016-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[ECF Nos. 30, 52] |

　　　　Plaintiff Bob Bejarano is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 21, 2014, Defendants filed a motion to dismiss the complaint for failure to state a cognizable claim for relief. Plaintiff filed an opposition on June 20, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 30, 2014, the Magistrate Judge held a telephonic hearing and heard oral argument by both parties on Defendants' motion to dismiss.

　　　　On August 1, 2014, the Magistrate Judge issued Findings and Recommendations to grant in part and deny in part Defendants' motion to dismiss. The Magistrate Judge recommended specifically that Plaintiff's official capacity claim against Defendant Warden Allison be granted and denied in all other respects. The Findings and Recommendations contained notice to the parties that objections were to filed within thirty days.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on August 1, 2014, is adopted in full; and
2. Defendants' motion to dismiss Plaintiff's official capacity claim against Defendant Warden Allison is GRANTED and this claim is DISMISSED from the action;
3. Defendants' motion to dismiss is DENIED on all other grounds; and
4. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: September 30, 2014

SENIOR DISTRICT JUDGE