UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-00016-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE ANSWER TO COMPLAINT WITHIN THIRTY DAYS<br><br>[ECF No. 53] |

　　　　Plaintiff Bob Bejarano is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 30, 2014, Defendants motion to dismiss was granted as to Plaintiff's official capacity claim against Defendant Warden Allison and denied in all other respects.

　　　　In light of the Court's ruling on the motion to dismiss, Defendants shall file an answer to Plaintiff's complaint within **thirty** days.

IT IS SO ORDERED.

Dated: __October 1, 2014__

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1