UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00016-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' APPLICATION TO EXTEND THE DISCOVERY MOTION DEADLINE<br><br>[ECF No. 67] |

　　　　Plaintiff Bob Bejarano is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 11, 2015, Defendants filed a motion to extend the dispositive motion deadline.

　　　　Good cause having been presented to the Court based on defense counsel's case load and competing filing dates and counsel's late entry into this case, it is HEREBY ORDERED that the dispositive motion deadline is extended from September 14, 2015, to October 14, 2015.

IT IS SO ORDERED.

Dated:  **September 15, 2015**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1